# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **JAVARRIS JAMES**, and **GARRY VUJANOV**, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**,<br><br>*Defendant*. | Case No. 1:20-cv-02093-JRS-TAB<br><br>Honorable James R. Sweeney, II |

## MOTION TO CORRECT DOCKET #1

TO THE HONORABLE JUDGE SWEENEY:

Counsel for Plaintiff inadvertently made a clerical error when uploading the document to be filed as Docket Number 1, Plaintiff's Class Action Complaint and Demand for Jury Trial. Rather than uploading Plaintiff's Class Action Complaint and Demand for Jury Trial, counsel's office uploaded as the lead document a mistakenly entitled First Amended Complaint and Demand for Jury Trial. The mistake was noticed immediately, and Counsel for Plaintiff hereby seeks to correct it on the same day. Counsel for Plaintiff will file Plaintiff's Class Action Complaint and Demand for Jury Trial simultaneously with filing this Motion.

Plaintiff respectfully moves the Court or the Clerk of Court to enter an Order withdrawing or striking the originally filed Docket Number 1, due to Counsel's clerical error.

Respectfully submitted,

Dated: August 10, 2020

/s/ Jeff Raizner
*One of Plaintiff's Attorneys*

Jeff Raizner
efile@raiznerlaw.com
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel: 713.554.9099
Fax: 713.554.9098

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the above and foregoing ***Motion to Correct Docket #1*** causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system on August 10, 2020.

/s/ Jeff Raizner